IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:08-CR-021** |
| : | |
| v.    : | **(Judge Conner)** |
| : | |
| **RAHEEM MATHIS** : | |

## **O R D E R**

AND NOW, this 24th day of June, 2008, upon consideration of the government's motion (Doc. 54) pursuant to Rule 7 of the Federal Rules of Criminal Procedure to amend the information in this case, it is hereby ORDERED that the Information and all other pleadings shall be amended to correct the reference to the date of the offense from "January 27, 2007" to "June 27, 2007" and further proceedings shall be upon the corrected Information in this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge